270 U. S.  Cases Disposed of Without Consideration by the Court.

No. 283. CHARLES H. GRAVES *v.* STATE OF MINNESOTA. Error to the Supreme Court of the State of Minnesota. March 1, 1926. Dismissed with costs on motion of plaintiff in error. *Messrs. George S. Grimes* and *Russell C. Rosenquest* for plaintiff in error. *Messrs. Clifford L. Hilton* and *James E. Markham* for defendant in error.

No. 356. OSCAR T. RULLMAN *v.* WILLIAM W. WHEELOCK ET AL., RECEIVERS, ETC., ET AL. March 1, 1926. Dismissed pursuant to the Eleventh Rule. *Mr. L. C. Boyle* for plaintiff in error. No appearance for defendants in error.

No. 908. UNITED STATES *v.* LOUISVILLE AND NASHVILLE RAILROAD COMPANY. See *ante,* p. 645.

No. 663. EDWARD B. GRAVES ET AL. *v.* CAMBRIA STEEL COMPANY ET AL. Appeal from the District Court of the United States for the Southern District of New York. March 8, 1926. The motion to transfer this case to the United States Circuit Court of Appeals for the Second Circuit is denied and the case is dismissed for failure of the appellants to comply with sections 2 and 9 of Rule 11. *Mr. Harmon S. Graves* for appellants. *Mr. Fred H. Wood* for appellees.

No. 343. FRED L. WOODWORTH, COLLECTOR OF INTERNAL REVENUE, *v.* JACOB FREY. Error to the District Court of the United States for the Eastern District of Michigan. March 8, 1926. Dismissed with costs and mandate granted on motion of plaintiff in error. *Solicitor General Mitchell* for the plaintiff in error. No appearance for defendant in error.